FILED

MAY 23 2025

Clerk, US District Court
District of Montana - Billings

PAUL D. VESTAL
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
E-mail: paul.vestal@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-66-BLG-SPW |
| Plaintiff, | INDICTMENT |
| vs. | FALSE STATEMENT IN ACQUISITION OF A FIREARM (Counts 1-4)<br>Title 18 U.S.C. § 922(a)(6)<br>(Penalty: 10 years of imprisonment, $250,000 fine, and three years of supervised release) |
| RYAN DAVID SCHREDER, | |
| Defendant. | |
| | FALSE STATEMENT IN ATTEMPTED ACQUISITION OF A FIREARM (Count 5)<br>Title 18 U.S.C. § 922(a)(6)<br>(Penalty: 10 years of imprisonment, $250,000 fine, and three years of supervised release) |
| | PROHIBITED PERSON IN POSSESSION OF FIREARMS AND AMMUNITION (Count 6)<br>Title 18 U.S.C. § 922(g)(4)<br>(Penalty: 15 years of imprisonment, $250,000 fine, and three years of supervised release) |

1

| | CRIMINAL FORFEITURE<br>Title 18 U.S.C. § 924(d) |
|---|---|

THE GRAND JURY CHARGES:

## COUNT 1

That from on or about October 21, 2022, to December 23, 2022, at Billings, within Yellowstone County, in the State and District of Montana, the defendant, RYAN DAVID SCHREDER, in connection with the acquisition of a firearm from Shipton's Big R – Gabel Road, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to that dealer, which was intended and likely to deceive Shipton's Big R – Gabel Road as to a fact material to the lawfulness of such acquisition of the firearm by the defendant, that is, the defendant falsely represented on ATF Form 4473, that he had never been committed to a mental institution, in violation of 18 U.S.C. § 922(a)(6).

## COUNT 2

That from on or about July 5, 2022, to April 11, 2024, at Billings, within Yellowstone County, in the State and District of Montana, the defendant, RYAN DAVID SCHREDER, in connection with the acquisition of a firearm from Shipton's Big R – North 14th Street, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and

fictitious written statement to that dealer, which was intended and likely to deceive Shipton's Big R – North 14th Street as to a fact material to the lawfulness of such acquisition of the firearm by the defendant, that is, the defendant falsely represented on ATF Form 4473, that he had never been committed to a mental institution, in violation of 18 U.S.C. § 922(a)(6).

## COUNT 3

That from on or about February 11, 2022, to January 7, 2023, at Billings, within Yellowstone County, in the State and District of Montana, the defendant, RYAN DAVID SCHREDER, in connection with the acquisition of a firearm from Cabela's, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to that dealer, which was intended and likely to deceive Cabela's as to a fact material to the lawfulness of such acquisition of the firearm by the defendant, that is, the defendant falsely represented on ATF Form 4473, that he had never been committed to a mental institution, in violation of 18 U.S.C. § 922(a)(6).

## COUNT 4

That from on or about June 30, 2022, to June 18, 2024, at Billings, within Yellowstone County, in the State and District of Montana, the defendant, RYAN DAVID SCHREDER, in connection with the acquisition of a firearm from Butt's Gun Sales, a licensed dealer of firearms within the meaning of Chapter 44, Title

18, United States Code, knowingly made a false and fictitious written statement to that dealer, which was intended and likely to deceive Butt's Gun Sales as to a fact material to the lawfulness of such acquisition of the firearm by the defendant, that is, the defendant falsely represented on ATF Form 4473, that he had never been committed to a mental institution, in violation of 18 U.S.C. § 922(a)(6).

COUNT 5

That on or about September 13, 2024, at Billings, within Yellowstone County, in the State and District of Montana, the defendant, RYAN DAVID SCHREDER, in connection with the attempted acquisition of a firearm from Butt's Gun Sales, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to that dealer, which was intended and likely to deceive Butt's Gun Sales as to a fact material to the lawfulness of such acquisition of the firearm by the defendant, that is, the defendant falsely represented on ATF Form 4473, that he had never been committed to a mental institution, in violation of 18 U.S.C. § 922(a)(6).

COUNT 6

That from on or about August 4, 2024, to October 10, 2024, at Billings, within Yellowstone County, in the State and District of Montana, the defendant, RYAN DAVID SCHREDER, knowing that he had been committed to a mental

institution, knowingly possessed, in and affecting interstate and foreign commerce, firearms and ammunition, in violation of 18 U.S.C. § 922(g)(4).

## FORFEITURE ALLEGATION

Upon conviction of any offense set forth in this indictment, the defendant, RYAN DAVID SCHREDER, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearm and ammunition involved in any knowing violation of said offenses.

A TRUE BILL.    Foreperson signature redacted.  Original document filed under seal.

_____
KURT G. ALME
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney