PAUL D. VESTAL
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:      (406) 657-6101
FAX:         (406) 657 6989
E-mail:      Paul.Vestal@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. RYAN DAVID SCHREDER, Defendant. | CR 25-66-BLG-SPW-TJC RESPONSE TO MOTION FOR DETENTION HEARING |
|---|---|

The United States of America, represented by Paul D. Vestal, Assistant United States Attorney for the District of Montana, anticipates calling the case agent, ATF Special Agent Andrew Martian, to testify at the detention hearing. Agent Martian is unavailable on Thursday, June 5, as he attending mandatory training. He is also unavailable on Friday, June 6, as he is on scheduled leave. Due

1

to a conflict on Monday, June 9, with undersigned counsel's schedule, the government respectfully requests the Court set the detention hearing any time Tuesday, June 10, or thereafter.

    DATED this 4th day of June, 2025.

                              KURT G. ALME
                              United States Attorney

                              */s/ Paul D. Vestal*
                              PAUL D. VESTAL
                              Assistant U.S. Attorney