IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN DAVID SCHREDER,<br><br>Defendant. | CR 25-66-BLG-SPW<br><br>PRELIMINARY ORDER OF FORFEITURE |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture (Doc. 30). Defendant Ryan Schreder has been adjudged guilty as charged in counts 1-4 and count 6 of the indictment and has admitted to its forfeiture allegation. Ryan Schreder's guilty plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 30) is GRANTED;

IT IS FURTHER ORDERED that Ryan Schreder's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Beretta, 92FS, 9mm pistol, s/n BER821571
- Girsan, MC 39, 9mm pistol, s/n T6368-21AH00103
- Sarsilmaz, Sar 9mm pistol, s/n T1102-21BV35918
- Palmetto, PSAK47, 762 rifle, s/n AKB082295
- Palmetto, AK-103S, 762 rifle, s/n AK3-004211
- Palmetto State Armory, Dagger compact 9mm pistol, s/n FG102383
- Palmetto, PA-15, 22 pistol, s/n SCD827482

- Palmetto, PA-15, 556 rifle, s/n SCD223270
- Palmetto, PX9, 9mm rifle, s/n X9-044145
- Palmetto, PA-X9, 9mm rifle, s/n X9-048023
- CZ (Ceska Zbrojovka), CZ75 SPO-01, 9mm pistol, s/n H309764
- Steyr, L9-A2 MF, 9mm pistol, s/n 3240020
- Tisas, 1911 Carry SS45 45mm pistol, s/n T0620-22BE01150
- Tisas, 1911 Duty SS45R 45mm pistol, s/n T0620-22AK05311
- Armscor / Rock Island, 1911A1, 45mm pistol, s/n RIA2445663
- KelTec, KSG, 12 gauge shotgun, s/n XYEC30
- CZ (Ceska Zbrojovka), CZ75, 22mm pistol, s/n G141901
- Springfield Armory, M1A 762 rifle, s/n 532055
- Henry, H009G, 30-30 rifle, s/n WTT08913G
- Heritage, Barkeep 22 revolver, s/n 1BH734879
- Walther, CCP M2, 380 pistol, s/n WM034468
- Girsan, Regard MC, 9mm pistol, s/n T6368-24A01062
- Tanfoglio, Witness P Match Pro, 9mm pistol, s/n EAA10516;
- Stoeger, STR-9, 9mm pistol, s/n T6429-22Z01339; and
- Any associated accessories and ammunition, including 1176 assorted rounds ammunition.

IT IS FURTHER ORDERED that the United States Marshals Service, the Bureau of Alcohol, Tobacco, Firearms & Explosives, and/or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of

the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

    IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

    DATED this 14th day of November, 2025.

_Susan P. Watters_
Susan P. Watters, District Judge
United States District Court