IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN DAVID SCHREDER,<br><br>Defendant. | CR-25-66-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for Wednesday, January 7, 2026 at 10:30 a.m. is **VACATED** and **RESET** to commence on **Wednesday, January 14, 2026 at 10:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 15th day of December, 2025.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1